IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TISHON BROWN,

      Appellant,

 v.

                                        Case No.  5D22-1125
                                        LT Case No. 2010-DR-000007

NY-HUNTA ARMSTRONG,

      Appellee.

_____/

Opinion filed October 3, 2022

Appeal from the Circuit Court
for Flagler County,
Christopher A. France, Judge.

Tishon Brown, Graceville, pro se.

No Appearance for Appellee.

PER CURIAM.

      Tishon Brown appeals the trial court's summary denial of his motion to

modify or dissolve a final judgment of injunction for protection against

domestic violence entered in 2010.  Because Brown's motion was legally

sufficient and alleged a change in circumstances from when the trial court

last addressed the injunction, we conclude that the trial court erred in denying his present motion without a hearing. *See Brown v. Garcia*, 322 So. 3d 782, 782 (Fla. 5th DCA 2021).

We therefore reverse the order under review and remand for the trial court to conduct a properly noticed evidentiary hearing on Brown's motion.

REVERSED and REMANDED, with directions.

LAMBERT, C.J., EISNAUGLE and HARRIS, JJ., concur.